**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DIANE VARIAN, et al., | Case No. 1:23-cv-0051 KES EPG |
| Plaintiff, | ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE A REVISED FIRST AMENDED COMPLAINT |
| v. | |
| PRINCIPAL NATIONAL LIFE INSURANCE COMPANY, et al., | ORDER VACATING HEARING SET FOR APRIL 6, 2026 |
| Defendants. | Doc. 35 |

Plaintiffs initiated this matter by filing a class action complaint in Fresno County Superior Court, which defendants removed to this Court. *See* Doc. 1-1 at 8. Plaintiffs now seek leave to file a "revised first amended complaint" pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. Doc. 35. Plaintiffs indicate they intend to remove all class allegations and provide additional allegations. *See generally* Doc. 36. Defendants each filed notices of non-opposition to the motion. Docs. 40, 42.

Pursuant to Rule 15(a)(2), courts shall "freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). Under this rule, "[c]ourts may decline leave only if there is strong evidence of 'undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [or] futility of amendment.'" *Sonoma Cnty. Ass'n of Retired Emps. v. Sonoma Cnty.*, 708 F.3d 1109, 1117 (9th Cir. 2013) (quoting *Foman v. Davis*,

1

371 U.S. 178, 182 (1962)).  The Court need not consider every factor, and "prejudice to the opposing party [] carries the greatest weight." *Eminence Cap., LLC v. Aspeon, Inc*., 316 F.3d 1052 (9th Cir. 2003).  There is no showing of undue delay, bad faith, or futility.  Defendants do not assert they will suffer undue prejudice, and do not oppose the motion.  Under these circumstances, leave to amend is appropriate.

The Court **ORDERS**:

1.      Plaintiffs' motion for leave to file a revised first amended complaint (Doc. 35) is **GRANTED**.

2.      Plaintiffs **SHALL** file the revised first amended complaint **within seven (7) days** of the date of service of this order.

3.      The hearing set for April 6, 2026, is **VACATED**.

4.      Defendant Nelson's motion to dismiss (Doc. 18) is **TERMINATED** but may be renewed following the filing of the revised first amended complaint.

IT IS SO ORDERED.

Dated:    March 30, 2026

_____
UNITED STATES DISTRICT JUDGE

2