UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VARIAN, et al.

Plaintiffs,

v.

PRINCIPAL NATIONAL LIFE INSURANCE COMPANY, et al.

Defendants,

No. 1:23-cv-00051-KES-EPG

ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT IGOR FERREIRA TO RESPOND TO FIRST AMENDED COMPLAINT

(ECF No. 62)

On July 31, 2026, Defendant Igor Ferreira filed a stipulation for a three-day extension of time to file a response to the first amended complaint. (ECF No. 62). The stipulation provides the following:

> TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN: IT IS HEREBY STIPULATED by and between Plaintiffs DIANE VARIAN, MICHAEL VARIAN and DANIEL VARIAN ("Plaintiffs") and Defendant IGOR FERREIRA ("Defendant"), through their respective attorneys of record, as follows:
>
> 1. The original responsive pleading deadline was June 29, 2026.
> 2. Pursuant to Local Rule 144(a), Plaintiff's and Defendant's respective counsel stipulated to extend the responsive pleading deadline by twenty-eight (28) days. Therefore, Plaintiff and Defendant through their respective counsel stipulated to a new responsive pleading deadline of July 27, 2026.
> 3. On July 25, 2026, counsel for Defendant sustained a detached retina in her left eye and underwent an emergency vitrectomy on July 26, 2026. The vitrectomy involved the insertion of a gas bubble requiring Defendant's counsel to keep her head face down for a week or more.
> 4. On July 28, 2029, counsel for Defendant advised Plaintiffs' counsel of the eye issues and requested an extension to file and serve Defendants' responsive pleading.
> 5. Plaintiffs' counsel graciously agreed and the parties ultimately agreed to extend the deadline for Defendant to file his responsive pleading to August 3, 2026.

> 6. Therefore, Plaintiffs and Defendant, by and through their respective counsel, hereby stipulate, pursuant to Local Rule 144 and subject to the approval of the Court, that Defendant's response to Plaintiff's Revised First Amended Complaint is now due on August 3, 2026.

(*Id.*).

In light of the stipulation, the Court shall grant defendant Ferreira's extension of time request and ORDERS defendant Ferreira to file an answer or other responsive pleading to the complaint no later than August 3, 2026.

IT IS SO ORDERED.

Dated: **August 3, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE